COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



# ORDER WITHDRAWING MEDIATION ORDER

Cause number:  01-14-00135-CV

Style:  Peter Hardsteen and Paulina Mayberg Hardsteen and Intervenor Texas Farm Bureau v. Dean's Campin Co.

Date motion filed:  February 26, 2014

Type of Motion:  Objection to Mediation

Party filing motion:  Intervenor joined by Appellants and Appellee

It is **ordered** that the parties' joint objection to mediation is granted. We withdraw our Mediation Order dated February 21, 2014.

Judge's signature: /s/ Laura Carter Higley
                    X  Acting individually

Date:  February 27, 2014

\*      Absent emergency or a statement that the motion is unopposed, must wait ten days before acting on motion except for motion to extend time to file a brief. *See* TEX. R. APP. P. 10.3(a).

**Note**:  Single justice may grant or deny any request for relief properly sought by motion, except in a civil case a single justice should not: (1) act on a petition for an extraordinary writ or (2) dismiss or otherwise determine an appeal or a motion for rehearing. TEX. R. APP. P. 10.4(a).